UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| JASON WILLIAM KOONTZ ) | CASE NO. 09-30024 |
| KRISTIN MAUREEN KOONTZ ) | CHAPTER 13/dlh |
| ) | |
| Debtor(s) ) | |

**COURT MINUTES**

**NATURE OF PROCEEDINGS:** Hearing on Debtors' Objection to Claim No. 7 of Roundup Funding, LLC

**DATE & TIME:** March 4, 2010 at 1:30 p.m.           **DOCUMENT NO.** 133

**APPEARANCES:**
ATTORNEY FOR DEBTOR(S): THOMAS PANOWICZ, ESQ. .............................. Present
CHAPTER 13 TRUSTEE DEBRA L. MILLER, ESQ., BY: SARAH WILLMS, ESQ. ............. Present
ROUNDUP FUNDING, LLC, BY: ............................................... Present

**OBJECTION/RESPONSE FILED BY:**
1-18-10 Trustee Response [doc. #138]

---

Hearing was held in South Bend, Indiana, on March 4, 2010, on Debtors' Objection to Claim No. 7 of Roundup Funding, LLC.

The court now allows the claim in the amount of $40.45.

SO ORDERED
DATED:   March 5, 2010

_Harry C. Dees_                C11
Harry C. Dees, Jr., Judge
United States Bankruptcy Court